UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Spine and Neurosurgery Institute<br><br>Plaintiff,<br><br>v.<br><br>Trimble Inc. and DOES 1-10,<br><br>Defendants. | Case No.: 2:24-cv-00500-SVW-E<br><br>**ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based on the Stipulation of Defendant, Trimble Inc., and Plaintiff, California Spine and Neurosurgery Institute,

It is **HEREBY ORDERED** as follows:

1. The above-entitled action, Case No. 2:24-cv-00500-SVW-E, is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: August 13, 2024        By: _____
                                                        Hon. Stephen V. Wilson